■ In the Matter of PATRICK M., an Infant. CHAUTAUQUA COUNTY DEPARTMENT OF SOCIAL SERVICES, Appellant; ERICA L., Respondent. [758 NYS2d 889] —Appeal from an order of Family Court, Chautauqua County (Claire, J.), entered February 14, 2002, which dismissed the petition for permanent neglect after a trial.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Family Court, Chautauqua County, Claire, J. Present—Pine, J.P., Hurlbutt, Kehoe, Gorski and Hayes, JJ.